UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. McCARTHY, | : | |
| | : | |
| Petitioner | : | CIVIL NO. 1:CV-15-2086 |
| vs. | : | |
| | : | |
| WARDEN EBBERT, | : | (Judge Caldwell) |
| | : | |
| Respondent | : | |

*O R D E R*

AND NOW, this 1st day of August, 2016, based on the accompanying memorandum, it is ordered that:

    1. Petitioner's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is DENIED as Moot as he has paid the filing fee in this matter.

    2. Petitioner's conditions-of-confinement claims against Counselor Reese are dismissed without prejudice to assert the claims in a properly filed *Bivens* action.

    3. The Clerk of Court is directed to serve a copy of the Petition (Doc. 1) on the Warden of USP-Lewisburg and the United States Attorney.

    4. Within twenty-one (21) days of the date of this Order, the United States Attorney shall answer the petition.

    5. Petitioner may, if he so desires, file a reply within fourteen (14) days after the answer is filed.

    6. Petitioner's Motion for Order to Show Cause (Doc. 6) seeking service of his petition is DENIED as moot.

                                  /s/ William W. Caldwell
                                  William W. Caldwell
                                  United States District Judge