UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN J. McCARTHY,                     :
                                      :
            Petitioner                :    CIVIL NO. 1:CV-15-2086
      vs.                             :
                                      :
WARDEN EBBERT,                        :    (Judge Caldwell)
                                      :
            Respondent                :

*O R D E R*

AND NOW, this 20th day of December, 2016, for the reasons set forth in the accompanying memorandum, it is ORDERED that:

1. McCarthy's Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (ECF No. 1) is denied.

2. The Clerk of Court shall close this file.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge